UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ  08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

LARRY FEINERMAN
and PATRICIA FEINERMAN,

       Debtors and Debtors-in-Possession.



Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20949

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter 11

Hearing Date:  August 6 , 2019
                          10:00 a.m.

## ORDER AUTHORIZING ENTRY INTO
## MOTOR VEHICLE LEASE AGREEMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: August 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor: LARRY FEINERMAN and PATRICIA FEINERMAN
Case No.: 18-20949-ABA
Caption of Order: **ORDER AUTHORIZING DEBTORíS ENTRY INTO MOTOR VEHICLE LEASE AGREEMENT**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Larry Feinerman and Patricia Feinerman, Debtors and Debtors-in-Possession herein ("Debtors"), by notice of Debtor Larry Feinermanís motion for an Order of this Court authorizing him to enter into a motor vehicle lease agreement, and the Court having considered the pleadings submitted and the opposition thereto, if any, and for good cause having been shown, it is hereby:

**ORDERED** that Debtor, Larry Feinerman, is authorized to enter into a motor vehicle lease agreement in the form attached as an Exhibit to Debtorís Certification submitted in support of the motion.