UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

LARRY FEINERMAN
and PATRICIA FEINERMAN,

          Debtors and Debtors-in-Possession.

Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20949

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter 11

Hearing Date: August 6, 2019
                  10:00 a.m.

## ORDER AUTHORIZING ENTRY INTO
## MOTOR VEHICLE LEASE AGREEMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: August 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | LARRY FEINERMAN and PATRICIA FEINERMAN |
| Case No.; | 18-20949-ABA |
| Caption of Order: | **ORDER AUTHORIZING DEBTORíS ENTRY INTO MOTOR VEHICLE LEASE AGREEMENT** |

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Larry Feinerman and Patricia Feinerman, Debtors and Debtors-in-Possession herein ("Debtors"), by notice of Debtor Larry Feinermanís motion for an Order of this Court authorizing him to enter into a motor vehicle lease agreement, and the Court having considered the pleadings submitted and the opposition thereto, if any, and for good cause having been shown, it is hereby:

**ORDERED** that Debtor, Larry Feinerman, is authorized to enter into a motor vehicle lease agreement in the form attached as an Exhibit to Debtorís Certification submitted in support of the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Larry Feinerman
Patricia Feinerman
    Debtors

Case No. 18-20949-ABA
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 06, 2019
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db/jdb       +Larry Feinerman,    Patricia Feinerman,    143 Sarazen Drive,    Moorestown, NJ 08057-4016
aty          +Deiches & Ferschmann,    25 Wilkins Avenue,    Haddonfield, NJ 08033-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
        Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
        alex@winstonandwinston.com
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Ira   Deiches    on behalf of Debtor Larry   Feinerman ideiches@deicheslaw.com
        Ira   Deiches    on behalf of Joint Debtor Patricia   Feinerman ideiches@deicheslaw.com
        Ira   Deiches    on behalf of Plaintiff Patricia   Feinerman ideiches@deicheslaw.com
        Ira   Deiches    on behalf of Plaintiff Larry   Feinerman ideiches@deicheslaw.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
        jeffrey.m.sponder@usdoj.gov
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Lee Martin Perlman    on behalf of Creditor Dominique   Averona ecf@newjerseybankruptcy.com,
        lmpcourt@gmail.com
        Louis M. Barbone    on behalf of Creditor Natalia   Galli lbarbone@jacobsbarbone.law
        R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 12