UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Toyota Lease Trust

In Re:

Larry Feinerman and, Patricia Feinerman

DEBTORs.

Order Filed on August 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-20949 ABA

Chapter: 11

Judge:  Andrew B. Altenburg, Jr.

## CONSENT ORDER GRANTING STAY RELIEF AND RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors:      Larry Feinerman and, Patricia Feinerman
Case No.:     18-20949 ABA
Caption:      **CONSENT ORDER GRANTING STAY RELIEF AND RESOLVING MOTION FOR RELIEF FROM STAY**

    This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Creditor, Toyota Lease Trust, lessor to Larry Feinerman, Debtor herein, of 2017 Lexus RX350, VIN: 2T2BZMCA3HC064315, upon presentation of the withing Order with the consent of Ira R. Deiches, Esq., a member of Deiches & Ferschmann, A Professional Corporation, counsel for Debtors, Larry Feinerman and Patricia Feinerman,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that stay relief as to the leased 2017 Lexus RX350, VIN: 2T2BZMCA3HC064315 is granted effective immediately, provided however that movant shall recover no sums for damages, costs or fees from Debtors; and

    It is further **ORDERED, ADJUDGED** and **DECREED** that Creditor's Motion for Relief is hereby resolved.

Dated:  8/9/19

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR TOYOTA LEASE TRUST

I hereby agree and consent to the above terms and conditions:      Dated:  8/8/19

*/s/ Ira R. Deiches, Esq.*

IRA R. DEICHES, ESQ., ATTORNEY FOR DEBTORS