| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|

| **Caption in Compliance with D.N.J. LBR 9004-1( b)** <br> Denise Carlon, Esq. <br> KML LAW GROUP, P.C. <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> 215-627-1322 <br> dcarlon@kmllawgroup.com <br> Attorney for: Toyota Lease Trust |
|---|
| In Re: <br><br> Larry Feinerman and, Patricia Feinerman <br><br> DEBTORs. |

**Order Filed on August 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    18-20949 ABA

Chapter: 11

Judge:  Andrew B. Altenburg, Jr.

**CONSENT ORDER GRANTING STAY RELIEF AND RESOLVING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors:       Larry Feinerman and, Patricia Feinerman
Case No.:      18-20949 ABA
Caption:       **CONSENT ORDER GRANTING STAY RELIEF AND RESOLVING MOTION FOR RELIEF FROM STAY**

    This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Creditor, Toyota Lease Trust, lessor to Larry Feinerman, Debtor herein, of 2017 Lexus RX350, VIN: 2T2BZMCA3HC064315, upon presentation of the withing Order with the consent of Ira R. Deiches, Esq., a member of Deiches & Ferschmann, A Professional Corporation, counsel for Debtors, Larry Feinerman and Patricia Feinerman,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that stay relief as to the leased 2017 Lexus RX350, VIN: 2T2BZMCA3HC064315 is granted effective immediately, provided however that movant shall recover no sums for damages, costs or fees from Debtors; and

    It is further **ORDERED, ADJUDGED** and **DECREED** that Creditor's Motion for Relief is hereby resolved.

Dated:   8/9/19

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR TOYOTA LEASE TRUST

I hereby agree and consent to the above terms and conditions:       Dated:   8/8/19

*/s/ Ira R. Deiches, Esq.*

IRA R. DEICHES, ESQ., ATTORNEY FOR DEBTORS

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 18-20949-ABA
Larry Feinerman                                                                      Chapter 11
Patricia Feinerman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2019
                            Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db/jdb         +Larry Feinerman,    Patricia Feinerman,    143 Sarazen Drive,    Moorestown, NJ 08057-4016
aty            +Deiches & Ferschmann,    25 Wilkins Avenue,    Haddonfield, NJ 08033-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ira Deiches    on behalf of Debtor Larry Feinerman ideiches@deicheslaw.com
              Ira Deiches    on behalf of Joint Debtor Patricia Feinerman ideiches@deicheslaw.com
              Ira Deiches    on behalf of Plaintiff Patricia Feinerman ideiches@deicheslaw.com
              Ira Deiches    on behalf of Plaintiff Larry Feinerman ideiches@deicheslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Creditor Dominique Averona ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Louis M. Barbone    on behalf of Creditor Natalia Galli lbarbone@jacobsbarbone.law
              R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12