Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20949−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Larry Feinerman
143 Sarazen Drive
Moorestown, NJ 08057

Patricia Feinerman
aka Pattie Feinerman
143 Sarazen Drive
Moorestown, NJ 08057

Social Security No.:
   xxx−xx−3322                                           xxx−xx−5097

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on September 12, 2019.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: September 12, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20949-ABA
Larry Feinerman                                                           Chapter 11
Patricia Feinerman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3           Date Rcvd: Sep 12, 2019
                               Form ID: 147             Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
```
db/jdb         +Larry Feinerman,   Patricia Feinerman,   143 Sarazen Drive,   Moorestown, NJ 08057-4016
aty            +Deiches & Ferschmann,   25 Wilkins Avenue,   Haddonfield, NJ 08033-2405
cr             +JPMORGAN CHASE BANK, N.A.,   c/o Winston & Winston, P.C.,
                 708Third Avenue, 5th Floor, Suite 142,   New York, NY 10017-4201
acc            +Joseph B. Friedman,   414 Browning Lane,   Cherry Hill, NJ 08003-3106
517563060      +American Express,   PO Box 981535,   El Paso, TX 79998-1535
517652938       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517563061     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   PO Box 982234,   El Paso, TX 79998-2234)
517743255      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517563062      +Baratz & Associates, PA,   7 Eves Dr., Ste 100,   Marlton, NJ 08053-8124
517563063       Barclay's,   PO Box 8801,   Wilmington, DE 19899-8801
517694615      +Barclays Bank Delaware,   c/o Scott K. Brown,   Lewis Roca Rothgerber Christie LLP,
                 201 E. Washington St., Suite 1200,   Phoenix, AZ 85004-2595
517563064      +Capital One/Saks Fifth Avenue,   3455 Highway 80 West,   Jackson, MS 39209-7202
517563065      +Charles P. Feinerman,   607 14th Stl NE,   Washington, DC 20002-5413
517563066       Chase,   PO Box 15298,   Wilmington, DE 19850-5298
517563069      +Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
517563068      +Citibank,   PO Box 6005,   Sioux Falls, SD 57117-6005
517563072      +Dominique Averona,   individually  and as Administratrix,
                 of the estate of Patricia Ann Averona,   34 S. Woodland Ave.,   Runnemede, NJ 08078-1963
517563073      +Estate of Pedro Maldonado,   1044 East Landis Ave. Apt 513,   Vineland, NJ 08360-4047
517563075      +Home Depot Credit Services,   PO Box 790328,   Saint Louis, MO 63179-0328
517563076      +Hyundai Capital America,   4000 MacArthur Blvd,   Newport Beach, CA 92660-2558
517563077      +Jewish Federation of Southern New Jersey,   1301 Springdale Rd, Ste 200,
                 Cherry Hill, NJ 08003-2763
517563078      +Lanzi Burk & Associates,   15 E. Euclid Ave., #B,   Haddonfield, NJ 08033-2300
517563079      +Laura E. Laughlin Esquire,   Attorney the Estate of Pedro Maldonado,   1500 Walnut St., 18th Fl,
                 Philadelphia, PA 19102-3523
517803425       Linda Clark,   108 COuntry Club Drive,   Apt B,   Seneca, SC    29678
517805784     #+Linda Clark,   108 Country Village Drive,   Apt B,   Seneca, SC 29678-2011
517563080      +Louis Barbone, Esq.,   Attorney for Natalia Galli,   1125 Atlantic Ave.,
                 Atlantic City, NJ 08401-4806
517584970       Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
                 Roseville, MN 55113-0011
517563085      +NJ Div Of Taxation-Bankruptcy Unit,   50 Barrack Street, 9th Floor,   PO Box 245,
                 Trenton, NJ 08695-0245
517563088       NYS Dept of Taxation and Finance,   Bankruptcy Section,   PO Box 5300,   Albany, NY 12205-0300
517563082      +Natalia Galli,   311 Pine Road,   Hammonton, NJ 08037-8975
517686639      +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
517563089      +Rancocas Anesthesiology, P.A.,   15000 Midlantic Dr. Ste 102,   Mount Laurel, NJ 08054-1573
517563059     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement-Bankruptcy Unit,   50 Barrack St., 9th Floor,   PO Box 245,
                 Trenton, NJ 08695-0267)
517563090       State of New York,   NYS Assessment Receivables,   PO Box 4127,   Binghamton, NY 13902-4127
517563091      +Stephen W. Bruccoleri,   Attorney for Dominique Averona,   11 Woodhurst Drive,
                 Voorhees, NJ 08043-4740
517621868      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
518359162      +Toyota Lease Trust,   Kevin G. McDonald, Esquire,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517563093       Toyota Motor Credit Corporation,   PO Box 9786,   Cedar Rapids, IA 52409-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Sep 12 2019 23:36:07     Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 23:36:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 23:36:37     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517563067      +E-mail/Text: bk.notifications@jpmchase.com Sep 12 2019 23:36:29     Chase Auto Finance,
                 PO Box 901076,   Fort Worth, TX 76101-2076
517563070       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2019 23:36:21     Comenity Bank,
                 Bankruptcy Dept,   PO Box 182125,   Columbus, OH 43218-2125
517563071       E-mail/Text: mrdiscen@discover.com Sep 12 2019 23:35:49     Discover Financial Services,
                 PO Box 30943,   Salt Lake City, UT 84130-0943
517600536       E-mail/Text: mrdiscen@discover.com Sep 12 2019 23:35:49     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 0312-1          User: admin              Page 2 of 3                Date Rcvd: Sep 12, 2019
                              Form ID: 147             Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517639489       +E-mail/Text: bankruptcy@fult.com Sep 12 2019 23:37:26      FULTON BANK OF NEW JERSEY,
                 ONE PENN SQUARE,    LANCASTER, PA 17602-2853
517563074       +E-mail/Text: bankruptcy@fult.com Sep 12 2019 23:37:26      Fulton Bank of New Jersey,
                 533 Fellowship Road, Ste 250,   Mount Laurel, NJ 08054-3411
517694865       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 12 2019 23:37:13
                 Hyundai Capital America DBA,   Hyundai Motor Finance,   PO Box 20809,
                 Fountain Valley, CA 92728-0809
517582621       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 12 2019 23:37:13
                 Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
517711133       +E-mail/Text: bk.notifications@jpmchase.com Sep 12 2019 23:36:29       JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
517563081        E-mail/Text: M74banko@daimler.com Sep 12 2019 23:37:21       Mercedes Benz Financial Services,
                 36455 Corporate Drive,    Farmington, MI 48331
517563083        E-mail/PDF: pa_dc_claims@navient.com Sep 12 2019 23:34:01       Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517595760       +E-mail/PDF: pa_dc_claims@navient.com Sep 12 2019 23:34:01       Navient Solutions, LLC,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
517595761        E-mail/PDF: pa_dc_claims@navient.com Sep 12 2019 23:34:02
                 Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517563084        E-mail/Text: electronicbkydocs@nelnet.net Sep 12 2019 23:36:43       Nelnet,   PO Box 82561,
                 Lincoln, NE 68501-2561
517563086       +E-mail/Text: bnc@nordstrom.com Sep 12 2019 23:36:02       Nordstrom/TD Bank USA,
                 13531 E. Caley Ave.,    Englewood, CO 80111-6504
517795651       +E-mail/PDF: lossmitigation@nwfcu.org Sep 12 2019 23:47:47       Northwest Federal Credit Union,
                 PO Box 1229,   Herndon,VA 20172-1229
517563087       +E-mail/PDF: lossmitigation@nwfcu.org Sep 12 2019 23:48:03       Northwest Federal Credit Union,
                 200 Springs St.,    Herndon, VA 20170-5292
517804695        E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2019 23:36:31
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
517893535        E-mail/Text: newyork.bnc@ssa.gov Sep 12 2019 23:37:01       Social Security Administration,
                 Retirement,Survivors,Disability Ins.,   Northeastern Program Service Center,
                 1 Jamaica Center Plaza,   Jamaica, NY 11432-3898
517805782        E-mail/Text: newyork.bnc@ssa.gov Sep 12 2019 23:37:01       Social Security Administration,
                 Retirement, Survivors and Disability Ins,   Northeastern Program Service Center,
                 1 Jamaica Center Plaza,   Jamaica, NY 11432-3898
517563092        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:33:45       Synchrony Bank,
                 Attn: Bankruptcy Dept,   PO Box 965061,   Orlando, FL 32896-5061
517570240       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:32:54       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517812408       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:33:46       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517563094       +E-mail/PDF: pa_dc_ed@navient.com Sep 12 2019 23:32:24       US Department of Education/Navient,
                 PO Box 9635,   Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517563058*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517563095*      +US Dept of Education/Navient,    PO Box 9635,   Wilkes Barre, PA 18773-9635
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1                  User: admin                      Page 3 of 3                  Date Rcvd: Sep 12, 2019
                                      Form ID: 147                     Total Noticed: 65
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:

```
          Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ira  Deiches    on behalf of Joint Debtor Patricia  Feinerman ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Plaintiff Patricia  Feinerman ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Plaintiff Larry  Feinerman ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Debtor Larry  Feinerman ideiches@deicheslaw.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Creditor Dominique  Averona ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Louis M. Barbone    on behalf of Creditor Natalia  Galli lbarbone@jacobsbarbone.law
          R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```