Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LARRY FEINERMAN
and PATRICIA FEINERMAN,

       Debtors and Debtors-in-Possession.

Case No. 18-20949

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter 11

Hearing Date:  September 12, 2019
                  10:00 a.m.

## ORDER CONFIRMING DEBTORS' FIRST MODIFIED
## PLAN OF REORGANIZATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: September 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

In re: LARRY FEINERMAN and PATRICIA FEINERMAN
Case No.: 18-20949- ABA
Caption of Order: **ORDER CONFIRMING DEBTORS' FIRST MODIFIED PLAN OF REORGANIZATION**

---

The First Modified Plan of Reorganization (the "Plan") under Chapter 11 of the Bankruptcy Code filed by Larry Feinerman and Patricia Feinerman, Debtors and Debtors-in-Possession herein ("Debtors"), on June 13, 2019, having been transmitted to creditors, equity holders and other parties in interest, and a hearing having been conducted to consider confirmation of the Plan on September 12, 2019, and the Court having considered the Plan, the Certification of Larry Feinerman in support of confirmation filed September 9, 2019, and the proffer made by Ira R. Deiches, Esquire of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors, in lieu of testimony, in the absence of any objections to confirmation, and it having been determined, after hearing on notice, that:

1. The Plan has been accepted in writing by the creditors, equity holders and parties in interest whose acceptances are required by law;

2. The Plan complies with the applicable provisions of Title 11, United States Code;

3. Debtors have complied with the applicable provisions of Title 11, United States Code, and have proposed a Plan in good faith and not by any means forbidden by law;

4. Each impaired holder of a claim has accepted the Plan or will receive or retain under the Plan on account of such claim property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if Debtors were liquidated under Chapter 7 of Title 11, United States Code, on such date, unless said holder agreed to less favorable treatment;

5. Any payment made or to be made by Debtors for services or for costs and expenses in connection with the case has been approved by Order or is subject to the approval of this Court as being reasonable;

6. All applicable requirements of §1129 of Title 11, United States Code, whether or not specifically referenced above, have been satisfied;

(Page 3)

| | |
|---|---|
| In re: | LARRY FEINERMAN and PATRICIA FEINERMAN |
| Case No.: | 18-20949-ABA |
| Caption of Order: | **ORDER CONFIRMING DEBTORS' FIRST MODIFIED PLAN OF REORGANIZATION** |

Now, therefore, it is

**ORDERED** that:

1. The First Modified Plan filed by Debtors, as annexed hereto as Exhibit "A" and as modified by the terms of this Order, be and is hereby confirmed pursuant to 11 U.S.C. §1129(a);

2. Debtors be and are hereby authorized, directed and empowered to take all actions necessary or appropriate to implement the Plan in accordance with its terms and consistent with this Order;

3. The termination of Debtor's lease with Toyota Motor Credit Corporation of a 2017 Lexus RX350, as noticed to creditors without objection, is hereby expressly approved, as is Debtor's entry into a motor vehicle lease with Toyota Lease Trust, serviced by Toyota Motor Credit Corporation, of a 2019 Toyota Rav 4, as authorized by the prior Order of this Court dated August 6, 2019;

4. All administrative claims and claims for professional fees shall be filed with this Court within ninety (90) days from the date this Order, pursuant to D.N.J. LBR 2016-4; and

5. This Court shall retain jurisdiction over this Chapter 11 case to the fullest extent permitted by law, as more fully set forth in the Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Larry Feinerman  
Patricia Feinerman  
    Debtors

Case No. 18-20949-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2019  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.  
db/jdb      +Larry Feinerman,   Patricia Feinerman,   143 Sarazen Drive,   Moorestown, NJ 08057-4016  
aty        +Deiches & Ferschmann,   25 Wilkins Avenue,   Haddonfield, NJ 08033-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:  
        Aleksander Piotr Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Ira Deiches   on behalf of Debtor Larry Feinerman ideiches@deicheslaw.com  
        Ira Deiches   on behalf of Joint Debtor Patricia Feinerman ideiches@deicheslaw.com  
        Ira Deiches   on behalf of Plaintiff Patricia Feinerman ideiches@deicheslaw.com  
        Ira Deiches   on behalf of Plaintiff Larry Feinerman ideiches@deicheslaw.com  
        Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Lee Martin Perlman   on behalf of Creditor Dominique Averona ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com  
        Louis M. Barbone   on behalf of Creditor Natalia Galli lbarbone@jacobsbarbone.law  
        R. A. Lebron   on behalf of Creditor   FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                      TOTAL: 12