# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20949−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Larry Feinerman<br>143 Sarazen Drive<br>Moorestown, NJ 08057 | Patricia Feinerman<br>aka Pattie Feinerman<br>143 Sarazen Drive<br>Moorestown, NJ 08057 |

Social Security No.:
  xxx−xx−3322                              xxx−xx−5097

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     11/14/19
Time:     02:00 PM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Joseph B. Friedman, Accountant

COMMISSION OR FEES
FEES: $24062.50

EXPENSES
EXPENSES: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 11, 2019
JAN:

                                                                                 Jeanne Naughton  
                                                                                 Clerk

```
                                  United States Bankruptcy Court
                                       District of New Jersey

In re:                                                              Case No. 18-20949-ABA
Larry Feinerman                                                     Chapter 11
Patricia Feinerman
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3              Date Rcvd: Oct 11, 2019
                               Form ID: 137                Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb         +Larry Feinerman,    Patricia Feinerman,    143 Sarazen Drive,    Moorestown, NJ 08057-4016
aty            +Deiches & Ferschmann,    25 Wilkins Avenue,    Haddonfield, NJ 08033-2405
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,
                 708Third Avenue, 5th Floor, Suite 142,    New York, NY 10017-4201
acc            +Joseph B. Friedman,    414 Browning Lane,    Cherry Hill, NJ 08003-3106
517563060      +American Express,    PO Box 981535,    El Paso, TX 79998-1535
517652938       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517563061     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     PO Box 982234,    El Paso, TX 79998-2234)
517743255      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517563062      +Baratz & Associates, PA,    7 Eves Dr., Ste 100,    Marlton, NJ 08053-8124
517563063       Barclay’s,   PO Box 8801,    Wilmington, DE 19899-8801
517694615      +Barclays Bank Delaware,    c/o Scott K. Brown,    Lewis Roca Rothgerber Christie LLP,
                 201 E. Washington St., Suite 1200,    Phoenix, AZ 85004-2595
517563064      +Capital One/Saks Fifth Avenue,    3455 Highway 80 West,    Jackson, MS 39209-7202
517563065      +Charles P. Feinerman,    607 14th Stl NE,    Washington, DC 20002-5413
517563066       Chase,   PO Box 15298,    Wilmington, DE 19850-5298
517563069      +Citibank,   PO Box 6500,    Sioux Falls, SD 57117-6500
517563068      +Citibank,   PO Box 6005,    Sioux Falls, SD 57117-6005
517563072      +Dominique Averona,    individually   and as Administratrix,
                 of the estate of Patricia Ann Averona,    34 S. Woodland Ave.,    Runnemede, NJ 08078-1963
517563073      +Estate of Pedro Maldonado,    1044 East Landis Ave. Apt 513,    Vineland, NJ 08360-4047
517563075      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517563076      +Hyundai Capital America,    4000 MacArthur Blvd,    Newport Beach, CA 92660-2558
517563077      +Jewish Federation of Southern New Jersey,    1301 Springdale Rd, Ste 200,
                 Cherry Hill, NJ 08003-2763
517563078      +Lanzi Burk & Associates,    15 E. Euclid Ave., #B,    Haddonfield, NJ 08033-2300
517563079      +Laura E. Laughlin Esquire,    Attorney the Estate of Pedro Maldonado,    1500 Walnut St., 18th Fl,
                 Philadelphia, PA 19102-3523
517803425       Linda Clark,    108 COuntry Club Drive,    Apt B,   Seneca, SC   29678
517805784     #+Linda Clark,    108 Country Village Drive,    Apt B,   Seneca, SC 29678-2011
517563080      +Louis Barbone, Esq.,    Attorney for Natalia Galli,    1125 Atlantic Ave.,
                 Atlantic City, NJ 08401-4806
517584970       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
517563085      +NJ Div Of Taxation-Bankruptcy Unit,    50 Barrack Street, 9th Floor,    PO Box 245,
                 Trenton, NJ 08695-0245
517563088       NYS Dept of Taxation and Finance,    Bankruptcy Section,    PO Box 5300,    Albany, NY 12205-0300
517563082      +Natalia Galli,    311 Pine Road,    Hammonton, NJ 08037-8975
517686639      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
517563089      +Rancocas Anesthesiology, P.A.,    15000 Midlantic Dr. Ste 102,    Mount Laurel, NJ 08054-1573
517563059     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement-Bankruptcy Unit,    50 Barrack St., 9th Floor,    PO Box 245,
                 Trenton, NJ 08695-0267)
517563090       State of New York,    NYS Assessment Receivables,    PO Box 4127,    Binghamton, NY 13902-4127
517563091      +Stephen W. Bruccoleri,    Attorney for Dominique Averona,    11 Woodhurst Drive,
                 Voorhees, NJ 08043-4740
517621868      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518359162      +Toyota Lease Trust,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517563093      +Toyota Motor Credit Corporation,    PO Box 9786,    Cedar Rapids, IA 52409-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Oct 12 2019 00:48:38      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ   07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2019 00:49:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2019 00:49:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517563067      +E-mail/Text: bk.notifications@jpmchase.com Oct 12 2019 00:49:02      Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
517563070       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 12 2019 00:49:01      Comenity Bank,
                 Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517563071       E-mail/Text: mrdiscen@discover.com Oct 12 2019 00:48:09      Discover Financial Services,
                 PO Box 30943,    Salt Lake City, UT 84130-0943
517600536       E-mail/Text: mrdiscen@discover.com Oct 12 2019 00:48:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517639489       +E-mail/Text: bankruptcy@fult.com Oct 12 2019 00:50:26      FULTON BANK OF NEW JERSEY,
                 ONE PENN SQUARE,    LANCASTER, PA 17602-2853
517563074       +E-mail/Text: bankruptcy@fult.com Oct 12 2019 00:50:26      Fulton Bank of New Jersey,
                 533 Fellowship Road, Ste 250,   Mount Laurel, NJ 08054-3411
517694865       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 12 2019 00:50:04
                 Hyundai Capital America DBA,   Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
517582621       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 12 2019 00:50:04
                 Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
517711133       +E-mail/Text: bk.notifications@jpmchase.com Oct 12 2019 00:49:02      JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517563081        E-mail/Text: M74banko@daimler.com Oct 12 2019 00:50:18      Mercedes Benz Financial Services,
                 36455 Corporate Drive,    Farmington, MI 48331
517563083        E-mail/PDF: pa_dc_claims@navient.com Oct 12 2019 00:43:20      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517595760       +E-mail/PDF: pa_dc_claims@navient.com Oct 12 2019 00:44:06      Navient Solutions, LLC,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
517595761        E-mail/PDF: pa_dc_claims@navient.com Oct 12 2019 00:44:56
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517563084        E-mail/Text: electronicbkydocs@nelnet.net Oct 12 2019 00:49:23      Nelnet,    PO Box 82561,
                 Lincoln, NE 68501-2561
517563086       +E-mail/Text: bnc@nordstrom.com Oct 12 2019 00:48:30      Nordstrom/TD Bank USA,
                 13531 E. Caley Ave.,    Englewood, CO 80111-6504
517795651       +E-mail/PDF: lossmitigation@nwfcu.org Oct 12 2019 00:55:54      Northwest Federal Credit Union,
                 PO Box 1229,    Herndon,VA 20172-1229
517563087       +E-mail/PDF: lossmitigation@nwfcu.org Oct 12 2019 00:55:27      Northwest Federal Credit Union,
                 200 Springs St.,    Herndon, VA 20170-5292
517804695        E-mail/Text: bnc-quantum@quantum3group.com Oct 12 2019 00:49:07
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517893535        E-mail/Text: newyork.bnc@ssa.gov Oct 12 2019 00:49:48      Social Security Administration,
                 Retirement,Survivors,Disability Ins.,    Northeastern Program Service Center,
                 1 Jamaica Center Plaza,    Jamaica, NY 11432-3898
517805782        E-mail/Text: newyork.bnc@ssa.gov Oct 12 2019 00:49:48      Social Security Administration,
                 Retirement, Survivors and Disability Ins,    Northeastern Program Service Center,
                 1 Jamaica Center Plaza,    Jamaica, NY 11432-3898
517563092        E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:51      Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965061,   Orlando, FL 32896-5061
517570240       +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517812408       +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:44:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517563094       +E-mail/PDF: pa_dc_ed@navient.com Oct 12 2019 00:44:57      US Department of Education/Navient,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                             TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517563058*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517563095*      +US Dept of Education/Navient,    PO Box 9635,   Wilkes Barre, PA 18773-9635
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:

        Aleksander Piotr Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Ira Deiches   on behalf of Joint Debtor Patricia Feinerman ideiches@deicheslaw.com
        Ira Deiches   on behalf of Accountant Joseph B. Friedman ideiches@deicheslaw.com
        Ira Deiches   on behalf of Plaintiff Patricia Feinerman ideiches@deicheslaw.com
        Ira Deiches   on behalf of Plaintiff Larry Feinerman ideiches@deicheslaw.com
        Ira Deiches   on behalf of Debtor Larry Feinerman ideiches@deicheslaw.com
        Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Lee Martin Perlman   on behalf of Creditor Dominique Averona ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com
        Louis M. Barbone   on behalf of Creditor Natalia Galli lbarbone@jacobsbarbone.law
        R. A. Lebron   on behalf of Creditor   FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 13