<div style="border:1px solid black; padding:10px;">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

In Re:

LARRY FEINERMAN and
PATRICIA FEINERMAN,

                    Reorganized Debtors.

</div>

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20949

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter 11

Hearing Date: November 14, 2019
                    2:00 p.m.

## ORDER AWARDING COMPENSATION TO ATTORNEY FOR REORGANIZED DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: November 14, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtors: LARRY FEINERMAN and PATRICIA FEINERMAN
Case No.: 18-20949-ABA
Caption of Order: **ORDER AWARDING COMPENSATION TO ATTORNEY FOR REORGANIZED DEBTORS**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Larry Feinerman and Patricia Feinerman, Reorganized Debtors herein ("Debtors"), upon application by the terms of which said attorneys sought an Order of this Court awarding compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors herein, be and is hereby allowed compensation for services rendered in the sum of $ 11285.00 , together with reimbursement of expenses in the sum of $ 107.70 , for a total allowance herein of $ 11,392.00 .