...

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Ira R. Deiches, Esquire (NJ ID #013941976)**<br>**DEICHES & FERSCHMANN**<br>**25 Wilkins Avenue**<br>**Haddonfield, NJ  08033**<br>**(856) 428-9696**<br>**ideiches@deicheslaw.com**<br>**Attorneys for Reorganized Debtors**<br><br>In the Matter of:<br><br>LARRY FEINERMAN<br>and PATRICIA FEINERMAN,<br><br>                Reorganized Debtors. | <br><br>Order Filed on November 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 18-20949<br><br>Judge: Hon. Andrew B. Altenburg, Jr.<br><br>Chapter 11<br><br>Hearing Date:  November 14, 2019<br>                        2:00 p.m. |

## ORDER AWARDING COMPENSATION
## TO ACCOUNTANT FOR REORGANIZED DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: November 14, 2019**

                                                                          Honorable Andrew B. Altenburg, Jr.
                                                                          United States Bankruptcy Court

(Page 2)

Debtors: LARRY FEINERMAN and PATRICIA FEINERMAN
Case No.; 18-20949-ABA
Caption of Order: **ORDER AWARDING COMPENSATION TO ACCOUNTANT FOR REORGANIZED DEBTORS**

---

This matter being opened to the Court by Joseph B. Friedman, CPA, accountant for Larry Feinerman and Patricia Feinerman, Reorganized Debtors herein ("Debtors"), upon application by the terms of which said accountant sought an Order of this Court awarding compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that Joseph B. Friedman, CPA, accountant for Debtors herein, be and is hereby allowed compensation for services rendered in the sum of $ 24,062.50           .