**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

In Re:

LARRY FEINERMAN and
PATRICIA FEINERMAN,

                Reorganized Debtors.

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20949

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter 11

Hearing Date: November 14, 2019
                      2:00 p.m.

## ORDER AWARDING COMPENSATION TO ATTORNEY FOR REORGANIZED DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: November 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:              LARRY FEINERMAN and PATRICIA FEINERMAN
Case No.:             18-20949-ABA
Caption of Order:     **ORDER AWARDING COMPENSATION TO ATTORNEY FOR REORGANIZED DEBTORS**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Larry Feinerman and Patricia Feinerman, Reorganized Debtors herein ("Debtors"), upon application by the terms of which said attorneys sought an Order of this Court awarding compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors herein, be and is hereby allowed compensation for services rendered in the sum of $ 11285.00 , together with reimbursement of expenses in the sum of $ 107.70 , for a total allowance herein of $ 11,392.00 .

United States Bankruptcy Court
District of New Jersey

In re:  
Larry Feinerman  
Patricia Feinerman  
    Debtors

Case No. 18-20949-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2019  
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.  
db/jdb        +Larry Feinerman,   Patricia Feinerman,   143 Sarazen Drive,   Moorestown, NJ 08057-4016  
aty           +Deiches & Ferschmann,   25 Wilkins Avenue,   Haddonfield, NJ 08033-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:

           Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Ira Deiches    on behalf of Debtor Larry  Feinerman ideiches@deicheslaw.com  
           Ira Deiches    on behalf of Joint Debtor Patricia  Feinerman ideiches@deicheslaw.com  
           Ira Deiches    on behalf of Accountant Joseph B. Friedman ideiches@deicheslaw.com  
           Ira Deiches    on behalf of Plaintiff Patricia  Feinerman ideiches@deicheslaw.com  
           Ira Deiches    on behalf of Plaintiff Larry  Feinerman ideiches@deicheslaw.com  
           Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Lee Martin Perlman    on behalf of Creditor Dominique  Averona ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com  
           Louis M. Barbone    on behalf of Creditor Natalia  Galli lbarbone@jacobsbarbone.law  
           R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                               TOTAL: 13