UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ  08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LARRY FEINERMAN
and PATRICIA FEINERMAN,

                  Reorganized Debtors.

Case No. 18-20949

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter 11

Hearing Date:  December 10, 2019
                      10:00 a.m.

**FINAL DECREE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

DATED: December 10, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| In Re: | LARRY FEINERMAN and PATRICIA FEINERMAN |
| Case No.: | 18-20949-ABA |
| Caption of Order: | **FINAL DECREE** |

The estate of the above-named Debtors having been fully administered, subject to Debtors' completion of their payments due under their Plan of Reorganization confirmed by prior Order of this Court dated September 12, 2019, it is

**ORDERED** that the Chapter 11 Case of the above named Debtors be and is hereby closed; and it is

**FURTHER ORDERED** that no later than fourteen (14) days following entry of this Order, Debtors shall file any post-confirmation quarterly reports with this Court and serve a copy on the Office of the United States Trustee, provide disbursement information to the Office of the United States Trustee, and pay any and all statutory fees due pursuant to 28 U.S.C. §1930(a)(6); and it is

**FURTHER ORDERED** that should Debtors fail to comply with this Order, this case will be reopened and converted to a Chapter 7 case, upon the submission of a certificate of default by the United States Trustee, by and through counsel, on seven (7) days notice to Debtors and Debtors' counsel, without the need for filing a separate motion to reopen this case.

United States Bankruptcy Court
District of New Jersey

In re:  
Larry Feinerman  
Patricia Feinerman  
      Debtors

Case No. 18-20949-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Dec 10, 2019  
                            Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.  
db/jdb       +Larry Feinerman,   Patricia Feinerman,   143 Sarazen Drive,   Moorestown, NJ 08057-4016  
aty          +Deiches & Ferschmann,   25 Wilkins Avenue,   Haddonfield, NJ 08033-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:

        Aleksander Piotr Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.  
         alex@winstonandwinston.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Ira   Deiches    on behalf of Debtor Larry   Feinerman ideiches@deicheslaw.com  
        Ira   Deiches    on behalf of Joint Debtor Patricia   Feinerman ideiches@deicheslaw.com  
        Ira   Deiches    on behalf of Accountant Joseph B. Friedman ideiches@deicheslaw.com  
        Ira   Deiches    on behalf of Plaintiff Patricia   Feinerman ideiches@deicheslaw.com  
        Ira   Deiches    on behalf of Plaintiff Larry   Feinerman ideiches@deicheslaw.com  
        Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,  
         jeffrey.m.sponder@usdoj.gov  
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Lee Martin Perlman   on behalf of Creditor Dominique   Averona ecf@newjerseybankruptcy.com,  
         mcdoherty@ecf.courtdrive.com  
        Louis M. Barbone   on behalf of Creditor Natalia   Galli lbarbone@jacobsbarbone.law  
        R. A. Lebron   on behalf of Creditor   FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                          TOTAL: 13