UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: Larry and Patricia Feinerman | Case No.: 18-20949 |
|---|---|
| | Chapter: 11 |
| | Hearing Date: |
| | Judge: Altenburg |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after   March 27, 2020   unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:      March 26, 2020
Time:      10:00am
Location:  U.S. Bankruptcy Court
           400 Cooper Street, Courtroom 4B
           Camden, NJ 08101

DATED:  2/26/2020                                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-20949-ABA
Larry Feinerman                                                     Chapter 11
Patricia Feinerman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Feb 26, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db/jdb         +Larry Feinerman,   Patricia Feinerman,    143 Sarazen Drive,   Moorestown, NJ 08057-4016
aty            +Deiches & Ferschmann,   25 Wilkins Avenue,    Haddonfield, NJ 08033-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
          Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ira   Deiches    on behalf of Debtor Larry   Feinerman ideiches@deicheslaw.com
          Ira   Deiches    on behalf of Joint Debtor Patricia   Feinerman ideiches@deicheslaw.com
          Ira   Deiches    on behalf of Accountant Joseph B. Friedman ideiches@deicheslaw.com
          Ira   Deiches    on behalf of Plaintiff Patricia   Feinerman ideiches@deicheslaw.com
          Ira   Deiches    on behalf of Plaintiff Larry   Feinerman ideiches@deicheslaw.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Creditor Dominique   Averona ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Louis M. Barbone    on behalf of Creditor Natalia   Galli lbarbone@jacobsbarbone.law
          R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13