Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18−20949−ABA
                        Chapter: 11
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Larry Feinerman | Patricia Feinerman |
| 143 Sarazen Drive | aka Pattie Feinerman |
| Moorestown, NJ 08057 | 143 Sarazen Drive |
| | Moorestown, NJ 08057 |

Social Security No.:
  xxx−xx−3322                                           xxx−xx−5097

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 2, 2020</u>                      <u>Andrew B. Altenburg Jr.</u>
                                                    Judge, United States Bankruptcy Court