UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

# ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 2, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that _____, the debtor(s) in this case was discharged on _____, and that the discharge must be vacated for the reason(s) stated below:

- ❏ Debtor(s) received a discharge in this case on _____,

- ❏ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

- ❏ Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

- ❏ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

- ❏ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently du have been paid,

- ❏ The filing fee due in this case has not been paid in full,

- ❏ Other: _____,

IT IS ORDERED that said discharge order is vacated.

*Rev. 4/22/08; jml*