UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Larry Feinerman, Patricia Feinerman | Case No.: 18-20949 |
| | Judge: Altenburg |
| | Chapter: 11 |

# ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 2, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that __Larry Feinerman and Patricia Feinerman__, the debtor(s) in this case was discharged on _____April 2, 2020_____, and that the discharge must be vacated for the reason(s) stated below:

- ❏ Debtor(s) received a discharge in this case on _____,

- ❏ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

- ❏ Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

- ❏ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

- ❏ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently du have been paid,

- ❏ The filing fee due in this case has not been paid in full,

- ☒ Other: __Certification of Completion of Plan Payments has not been filed.__,

IT IS ORDERED that said discharge order is vacated.

*Rev. 4/22/08; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Larry Feinerman  
Patricia Feinerman  
    Debtors

Case No. 18-20949-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 02, 2020  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
```
db/jdb        +Larry Feinerman,    Patricia Feinerman,    143 Sarazen Drive,    Moorestown, NJ 08057-4016
aty           +Deiches & Ferschmann,    25 Wilkins Avenue,    Haddonfield, NJ 08033-2405
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
          Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ira  Deiches    on behalf of Debtor Larry  Feinerman ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Joint Debtor Patricia  Feinerman ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Accountant Joseph B. Friedman ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Plaintiff Patricia  Feinerman ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Plaintiff Larry  Feinerman ideiches@deicheslaw.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John R. Morton, Jr.    on behalf of Creditor    HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Creditor Dominique  Averona ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Louis M. Barbone    on behalf of Creditor Natalia  Galli lbarbone@jacobsbarbone.law
          R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```